1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendant
   CITY OF VALLEJO, ROBERT NICHELINI, JASON POTTS
7  AND JEREMY PATZER

8  MARK A. JONES, Esq./ State Bar # 96494
   JENNIFER C. COMILANG, Esq./ State Bar # 210158
9  JONES & DYER
   1800 J Street
10 Sacramento, CA 95814
   Telephone: (916) 552-5959
11 Facsimile:  (916) 442-5959

12 Attorneys for Defendant, ERIC JENSEN

13 JOHN L. BURRIS, Esq./ State Bar # 69888
   LAW OFFICES OF JOHN L. BURRIS
14 7677 Oakport Street, Suite 1120
   Oakland, CA 94621
15 Telephone: (510) 839-5200
   Facsimile:  (510) 839-3882
16
   GAYLA B. LIBET, Esq./ State Bar # 109173
17 LAW OFFICES OF GAYLA B. LIBET
   486  41st Street, # 3
18 Oakland, CA 94609
   Telephone and Facsimile: (510) 420-0324
19
   Attorneys for Plaintiffs
20

21              UNITED STATES DISTRICT COURT

22              EASTERN DISTRICT OF CALIFORNIA

23

| | |
|---|---|
| 24  JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY,, <br><br> 26        Plaintiffs, <br><br> 27    vs. <br><br> 28  CITY OF VALLEJO, a municipal | Case No. 2:06-CV-01283-WBS-GGH <br><br> **STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER OF 9-19-06** |

STIPULATION AND PROPOSED ORDER
AMENDING PRETRIAL SCHEDULING ORDER

| | |
|---|---|
| 1 | corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY |
| 2 | OF VALLEJO; JASON POTTS, individually, and in his capacity as a |
| 3 | Vallejo police officer; JEREMY PATZER, individually, and in his capacity as a |
| 4 | Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a |
| 5 | Vallejo police officer; and DOES 1 through 25, inclusive, |
| 6 | |
| 7 | Defendants. |

8

9   All parties to this action stipulate and agree, by and through their respective counsel,

10  as follows:

11  1. The second and third paragraphs of Section IV. "Discovery" of the Status Pretrial

12  Scheduling Order, issued and filed by the Court on 9-19-06, state that expert witnesses and

13  reports must be disclosed by no later than 10-20-06, and that rebuttal expert witnesses and reports

14  must be disclosed by no later than 11-24-06, and these deadlines are too early in the case as initial

15  disclosures have just occurred and the trial of this matter is not set until November of 2007.

16  2. That the second and third paragraphs of Section IV. "Discovery" of the Status Pretrial

17  Scheduling Order, issued and filed by the Court on 9-19-06, be amended as follows:

18  "The parties shall disclose experts and produce reports in accordance with Fed. R. Civ. P.

19  26(a) by no later than April 13, 2007."

20  "With regard to expert testimony intended solely for rebuttal, those experts shall be

21  disclosed and reports produced in accordance with Fed. R. Civ. P. 26(a)(2) by no later than April

22  27, 2007."

23  The parties agree that the expert discovery deadline of June 1, 2007, remain intact.

28  ///

STIPULATION AND PROPOSED ORDER          2
AMENDING PRETRIAL SCHEDULING ORDER

Respectfully submitted,

Dated: September ___, 2006     LAW OFFICE OF GAYLA B. LIBET

By: _See Attached_____
Gayla B. Libet, Esq.
Attorneys for Plaintiffs

Dated: September ___, 2006     LAW OFFICES OF JOHN L. BURRIS

By: _See Attached_____
John L. Burris, Esq.
Attorneys for Plaintiffs

Dated: September ___, 2006     JONES & DYER

By: _See Attached_____
Mark A. Jones, Esq.
Attorneys for Defendant
ERIC JENSEN

Dated: September 25, 2006     MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendant
CITY OF VALLEJO, ROBERT NICHELINI, JASON POTTS AND JEREMY PATZER

## ORDER

PURSUANT TO STIPULATION AMENDING PRETRIAL SCHEDULING ORDER, IT IS SO ORDERED.

Dated: _Sep- 29_, 2006

By: __GREGORY G. HOLLOWS__
Honorable Gregory G. Hollows
United States District Court Magistrate

STIPULATION AND PROPOSED ORDER     3
AMENDING PRETRIAL SCHEDULING ORDER