JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EUGENE DEOCAMPO;<br>JESUS SEBASTIAN GRANT; and<br>JAQUEZS TYREE BERRY,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation;<br>of CA ROBERT NICHELINI, in his capacity as Chief of<br>Police for the CITY OF VALLEJO; JASON POTTS,<br>individually, and in his capacity as a Vallejo police<br>officer; JEREMY PATZER, individually, and in his<br>capacity as a Vallejo police officer; ERIC JENSEN,<br>individually, and in his capacity as a Vallejo police<br>officer; and, DOES 1 through 25, inclusive,<br><br>          Defendants.                          / | No. 2:06-CV-01283-WBS-GGH<br><br>**ORDER GRANTING<br>PLAINTIFFS' REQUEST TO APPEAR BY<br>TELEPHONE AT DEFENDANTS' MOTION<br>MOTION TO BIFURCATE TRIAL<br>AND DISCOVERY OF ALL MONELL-<br>RELATED CLAIMS**<br><br>Date:       May 29, 2007<br>Time:       1:30 p.m.<br>Location:   U.S. District Court-Eastern District<br>            501  I Street<br>            Courtroom 5 / 14th Floor<br>            Sacramento, CA 95814<br><br>**Honorable William B. Shubb**<br><br>Trial Date:   November 6, 2007 |

   Plaintiffs' Request to Appear By Telephone at Defendants' Motion to Bifurcate Trial and

Discovery of All Monell-Related Claims, has been reviewed; and,

   GOOD CAUSE APPEARING THEREFORE, the Court rules as follows:

   IT IS HEREBY ORDERED: That plaintiffs' request that plaintiff's counsel, Gayla B.

Libet, be allowed to appear by telephone at Defendants' Motion to Bifurcate Trial and

Discovery of All Monell-Related Claims, on May 29, 2007 at 1:30 p.m. before Honorable William B. Shubb, in Courtroom 5, 14th Floor of this Court, is GRANTED.

The Clerk of the court will call plaintiffs' counsel to set up the conference call at the time of the hearing on the motion.

Dated: May 25, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE