JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF VALLEJO, ROBERT NICHELINI, JASON POTTS
AND JEREMY PATZER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY,,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; JASON POTTS, individually, and in his capacity as a Vallejo police officer; JEREMY PATZER, individually, and in his capacity as a Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a Vallejo police officer; and DOES 1 through 25, inclusive ,<br><br>    Defendants. | Case No. 2:06-CV-01283-WBS-GGH<br><br>**STIPULATION AND ORDER DISMISSING _MONELL_ CLAIMS AND PARTIES** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties agree as follows:

    1.    Plaintiffs have alleged _Monell_ type claims in this action, namely the Second Cause of Action and Ninth Cause of Action in Plaintiffs' Complaint, filed on April 7, 2006.  Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

1  have also sued Defendant Robert Nichelini, in his capacity as Chief of Police for the City of
2  Vallejo and Defendant City of Vallejo as part of the *Monell* claims.
3      2.   Plaintiffs hereby agree to the dismissal of any and all *Monell* type claims alleged
4  in this action, with prejudice, including the Second Cause of Action and Ninth Cause of Action in
5  Plaintiffs' Complaint, filed on April 7, 2006.
6      3.   Plaintiffs also hereby agree to the dismissal, with prejudice, of Defendants Robert
7  Nichelini, sued herein in his capacity as Chief of Police for the City of Vallejo, and the City of
8  Vallejo.
9      4.   Each party to bear their own fees and costs in relation to these dismissed claims
10 and parties.

Respectfully submitted,

Dated: _____, 2007   LAW OFFICE OF GAYLA B. LIBET

By:   /s/ Libet, Gayla
Gayla B. Libet, Esq., Attorney for Plaintiffs

Dated: _____, 2007   LAW OFFICES OF JOHN L. BURRIS

By:   /s/ Burris, John
John L. Burris, Esq., Attorney for Plaintiffs

Dated: _____, 2007   JONES & DYER

By:   /s/ Jones, Mark
Mark A. Jones, Esq.
Attorneys for Defendant
ERIC JENSEN

Dated: _____, 2007   MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP

By:   /s/ Fitzgerald, James
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendant
CITY OF VALLEJO, ROBERT NICHELINI, JASON
POTTS AND JEREMY PATZER

/ / /

STIPULATION AND ORDER DISMISSING *MONELL*   2
CLAIMS AND PARTIES – CV-01283 WBS-GGH

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated:  July 22, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE