JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF VALLEJO, ROBERT NICHELINI, JASON POTTS AND JEREMY PATZER

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY,,

Plaintiffs,

vs.

CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; JASON POTTS, individually, and in his capacity as a Vallejo police officer; JEREMY PATZER, individually, and in his capacity as a Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a Vallejo police officer; and DOES 1 through 25, inclusive ,

Defendants.

Case No. 2:06-CV-01283-WBS-GGH

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING EXPERT DISCLOSURE AND DISCOVERY DEADLINES AND CONTINUING THE PRE-TRIAL CONFERENCE**

Pre-Trial Conference: September 24, 2007

Trial Date: November 6, 2007

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, as follows:

1. Currently, the date for expert disclosure in this matter is August 9, 2007, with supplemental expert disclosure set for August 23, 2007.



PDF created with pdfFactory trial version www.pdffactory.com

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

2. However, the parties are <u>still awaiting</u> deposition transcripts pertaining to five alleged eye witnesses to the incident and their testimony will likely have a direct bearing on the opinions of the experts and their respective Rule 26 reports. These depositions are of the following witnesses, taken on the following dates:

1) Charles Freeman, taken on 5-30-07

2) Thelma Freeman, taken on 5-30-07

3) Carolyn Stanford, taken on 5-30-07

4) Daniel Glass, taken on 6-1-07

5) Major Norton, III, taken on 6-6-07

3. As the Court can see, these transcripts are long overdue.

4. We notified the court reporter, Ms. Barbara Butler, several times of these outstanding transcripts and our upcoming pre-trial issues over the last few weeks and only recently received communication from her that she will try to get these transcripts to the parties as soon as possible, without providing any firm deadline. She explained that she was in trial and had other depositions that had priority. Unfortunately, this is the not the first time we have received long overdue deposition transcripts from Ms. Butler.

5. At this point, it does not appear that Ms. Butler will be able to transcribe all of these five depositions and provide them to the parties in sufficient time for the experts to review and rely upon the testimony for their Rule 26 reports and opinions.

6. As such, the parties seek to briefly continue the expert disclosure deadline, the supplemental expert disclosure deadline, the deadline to complete expert discovery, and the date for the pre-trial conference. The trial date of this matter does not need to be moved per this stipulation, pending timely receipt of these transcripts from Ms. Butler.

7. Based upon this agreement, the parties propose that the following dates be substituted in as current deadlines per the Court's Scheduling Order of September 19, 2006, as later amended by the parties, as follows:

/ / /



PDF created with pdfFactory trial version www.pdffactory.com

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

**Proposed New Scheduling Order Dates**

| Description | Proposed New Deadline |
|---|---|
| Expert disclosure deadline | August 23, 2007 |
| Supplemental expert disclosure deadline | September 6, 2007 |
| Deadline to complete expert discovery | September 17, 2007 |
| **Pre-trial conference** | **October 22, 2007, 2:00 p.m.** |

8. These extensions are necessary due to no fault of any of the parties litigating this matter and due to unforeseen circumstances. Good cause has been demonstrated by the parties.

Respectfully submitted,

Dated: ______________, 2007

LAW OFFICE OF GAYLA B. LIBET

By: /s/ Libet, Gayla
Gayla B. Libet, Esq., Attorney for Plaintiffs

Dated: ______________, 2007

LAW OFFICES OF JOHN L. BURRIS

By: /s/ Burris, John
John L. Burris, Esq., Attorney for Plaintiffs

Dated: ______________, 2007

JONES & DYER

By: /s/ Jones, Mark
Mark A. Jones, Esq.
Attorneys for Defendant
ERIC JENSEN

Dated: ______________, 2007

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: /s/ Fitzgerald, James
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendant
CITY OF VALLEJO, ROBERT NICHELINI, JASON POTTS AND JEREMY PATZER



PDF created with pdfFactory trial version www.pdffactory.com

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: August 3, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE



PDF created with pdfFactory trial version www.pdffactory.com