JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
JASON POTTS and JEREMY PATZER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY,<br><br>Plaintiffs,<br><br>vs.<br><br>JASON POTTS, individually, and in his capacity as a Vallejo police officer; JEREMY PATZER, individually, and in his capacity as a Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a Vallejo police officer; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:06-CV-01283-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL AND TRIAL DATES**<br><br>Pre-Trial Conf:   October 29, 2007<br>Judge:             Hon. William B. Shubb<br><br>Trial Date:        November 6, 2007 |

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1.  The Court recently reset the Pre-Trial Conference from October 22, 2007, to October 29, 2007, in preparation for the November 6, 2007, trial of this matter.

2.  Lead defense counsel Mr. Fitzgerald has a direct conflict with the new October 29th date as he has been ordered by Judge Spero to participate in a mediation in another federal civil rights case on October 29th and this mediation cannot be rescheduled as the deadline to mediate is the end of October and numerous parties will be in attendance at the mediation.

STIPULATION AND ORDER CONTINUING PRE-TRIAL
CONFERENCE AND TRIAL DATES – CV-01283 WBS GGH

3. In inquiring about rescheduling the Pre-Trial Conference to a date that Mr. Fitzgerald and all parties can attend, we were informed by Your Honor's clerk that Your Honor is currently involved in a lengthy criminal trial that is expected to last through January of 2008 and that this <u>Deocampo</u> case would not likely go out for trial no matter what date the parties select to undergo their Pre-Trial Conference.

4. The clerk notified us that the Court could accommodate a Pre-Trial Conference on November 5th, only one day prior to trial on November 6th, but this did not make sense since the trial of this <u>Deocampo</u> matter would not go forward for several months.

5. The clerk also informed us that Your Honor has additional criminal trials in early 2008 through approximately May of 2008, and the next available likely time for a civil trial with Your Honor would be in June or July of 2008. We then obtained some available Pre-Trial and Trial dates from Your Clerk for the summer of 2008.

6. It would be an ineffective waste of party resources, and judicial time and resources, to undergo a Pre-Trial Conference and prepare all pre-trial documents per Court orders, months prior to the time of the trial. As such, the parties request that the Court continue the currently set Pre-Trial Conference and Trial dates per the availability of Your Honor as given by your clerk per the good cause demonstrated by this stipulation and proposed order.

7. The parties have met and conferred and have agreed to reset the Pre-Trial Conference and Trial dates per the dates given by Your Honor's clerk, as follows:

- New Pre-Trial Conference Date:    July 28, 2008, at 2:00 p.m.
- New Trial Date:    September 3, 2008, at 9:00 a.m.

8. Since discovery is now closed, it is to remain closed. Any party wishing to re-open discovery should seek leave of Court via motion and should demonstrate good cause to re-open such discovery.

Respectfully submitted,

| | | |
|---|---|---|
| 1 | Dated: _____, 2007 | LAW OFFICE OF GAYLA B. LIBET |
| 2 | | |
| 3 | | By: _____ |
| | | Gayla B. Libet, Esq. |
| | | Attorneys for Plaintiffs |
| 4 | | |
| 5 | Dated: _____, 2007 | LAW OFFICES OF JOHN L. BURRIS |
| 6 | | |
| 7 | | By: _____ |
| | | John L. Burris, Esq. |
| | | Attorneys for Plaintiffs |
| 8 | | |
| 9 | Dated: _____, 2007 | JONES & DYER |
| 10 | | |
| 11 | | By: _____ |
| | | Mark A. Jones, Esq. |
| | | Attorneys for Defendant |
| 12 | | ERIC JENSEN |
| 13 | Dated: _____, 2007 | McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |
| 14 | | |
| 15 | | By: _____ |
| | | James V. Fitzgerald, III |
| 16 | | Noah G. Blechman |
| | | Attorneys for Defendant |
| 17 | | JASON POTTS AND JEREMY PATZER |

## ORDER

PURSUANT TO THE GOOD CAUSE DEMONSTRATED BY THE PARTIES, THE CURRENT PRE-TRIAL AND TRIAL DATES ARE HEREBY CONTINUED AS FOLLOWS:

- <u>New</u> Pre-Trial Conference Date:    July 28, 2008, at 2:00 p.m.
- <u>New</u> Trial Date:    September 3, 2008, at 9:00 a.m.

Discovery cannot be re-opened without good cause demonstrated via leave of Court.

IT IS SO ORDERED.

Dated: October 19, 2007

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE