UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY,

       Plaintiffs,

  v.

CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; JASON POTTS, individually, and in his capacity as a Vallejo police officer; JEREMY PATZER, individually, and in his capacity as a Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a Vallejo police officer; and DOES 1 through 25, inclusive,

       Defendants.

NO. CIV. 06-1283 WBS GGH

ORDER TO SHOW CAUSE

----oo0oo----

       On May 23, 2008, defendant City of Vallejo filed Chapter 9 bankruptcy, which automatically stayed this action pursuant to 11 U.S.C. § 362.  The pretrial conference in this

1

1 | case is set for August 11, 2008.  In their pretrial statements
2 | filed pursuant to Local Rule 16-281, the non-bankrupt parties
3 | shall show cause why this action should not be stayed in its
4 | entirety pursuant to § 362.  If all of the non-bankrupt parties
5 | agree that the entire action should be stayed, and so notify the
6 | court before their pretrial statements are due, the pretrial
7 | conference and trial dates will be vacated.
8 |         IT IS SO ORDERED.
9 | DATED:  July 25, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE