1  JOHN L. BURRIS, Esq./ State Bar # 69888
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, CA 94621
3  Telephone: (510) 839-5200
   Facsimile:  (510) 839-3882

4  GAYLA B. LIBET, Esq./ State Bar # 109173
   LAW OFFICES OF GAYLA B. LIBET
5  486  41st Street, Suite 3
   Oakland, CA 94609
6  Telephone and Facsimile:  (510) 420-0324

7  Attorneys for Plaintiffs

8  JAMES V. FITZGERALD, III, Esq./ State Bar # 55632
   NOAH G. BLECHMAN, Esq./ State Bar # 197167
9  McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
   1211 Newell Avenue, P.O. Box 5288
10 Walnut Creek, CA 94596
   Telephone: (925) 939-5330
11 Facsimile:  (925) 939-0203

12 Attorneys for Defendants CITY OF VALLEJO; ROBERT NICHELINI; JASON POTTS; and JEREMY PATZER

13 MARK A. JONES, Esq./ State Bar # 96494
   JENNIFER C. COMILANG, Esq./ State Bar # 210158
14 JONES & DYER
   1800 J Street
15 Sacramento, CA 95814
   Telephone: (916) 552-5959
   Facsimile:  (916) 442-5959

16 Attorneys for Defendant, ERIC JENSEN

17

18                         UNITED STATES DISTRICT COURT

19

20                         EASTERN DISTRICT OF CALIFORNIA

21

22

23

24 JASON EUGENE DEOCAMPO;                    No. 2:06-CV-01283-WBS-GGH
   JESUS SEBASTIAN GRANT; and
25 JAQUEZS TYREE BERRY,                      **STIPULATION AND** ~~PROPOSED~~ **ORDER TO STAY ENTIRE ACTION PURSUANT TO 11 U.S.C. SECTION 362**

26             Plaintiffs,

27 vs.

28 CITY OF VALLEJO, a municipal corporation;
   ROBERT NICHELINI, in his capacity as Chief of
   Police for the CITY OF VALLEJO; JASON POTTS,
   individually, and in his capacity as a Vallejo police

STIPULATION AND PROPOSED ORDER TO STAY ENTIRE ACTION PURSUANT TO 11 U.S.C. SECTION 362    1

officer; JEREMY PATZER, individually, and in his capacity as a Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a Vallejo police officer; and, DOES 1 through 25, inclusive,
                Defendants.              /

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. On May 23, 2008, defendant CITY OF VALLEJO filed Chapter 9 bankruptcy, which automatically stayed this action pursuant to 11 U.S.C. Section 362; and,

2. Accordingly, and pursuant to the Court's Order to Show Cause filed on June 25, 2008, defendant CITY OF VALLEJO and all non-bankrupt parties agree to a stay of the entire action, pursuant to 11 U.S.C. Section 362.

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated:   7-28-08               By:   /s/                              /
                                     GAYLA B. LIBET, Esq.
                                     Attorneys for Plaintiffs


LAW OFFICES OF JOHN L. BURRIS

Dated:   7-28-08               By: :   /s/                            /
                                     JOHN L. BURRIS, Esq.
                                     Attorneys for Plaintiffs


McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP


Dated:  7-28-08                By: :   /s/                            /
                                     JAMES V. FITZGERALD, III, Esq.
                                     NOAH BLECHMAN, Esq.
                                     Attorneys for Defendants CITY OF VALLEJO, JASON POTTS and JEREMY PATZER

JONES & DYER

Dated: 7-28-08             By:  /s/                                    /
                                MARK A. JONES, Esq.
                                Attorneys for Defendant, ERIC JENSEN

**ORDER**

Pursuant to 11 U.S.C. Section 362, this entire action is stayed as to all parties and for all purposes. The parties are to notify the court in writing within forty-five (45) days when and if the bankruptcy proceedings are completed and/or resolved.  The Clerk of the Court is directed to administrative close this file.  All dates and deadlines currently scheduled are hereby **Vacated.**

Dated: August 4, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE