JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
JASON POTTS, JEREMY PATZER and ERIC JENSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY,, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; JASON POTTS, individually, and in his capacity as a Vallejo police officer; JEREMY PATZER, individually, and in his capacity as a Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a Vallejo police officer; and DOES 1 through 25, inclusive , <br><br> Defendants. | Case No. 2:06-CV-01283-WBS-CMK <br><br> **STIPULATION AND [PROPOSED] ORDER TO DISMISS CERTAIN CLAIMS** <br><br> Judge: Hon. William B. Schubb <br><br> Trial Date:   August 6, 2013 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties agree as follows:

1.   Plaintiffs agree to the dismissal, with prejudice, of their due process claims under the Fifth Amendment in Plaintiffs' First Cause of Action in Plaintiffs' Complaint, filed on April 7, 2006.

STIPULATION AND ORDER DISMSSING
CLAIMS - 2:06-CV-01283-WBS-CMK

2. Plaintiffs agree to the dismissal, with prejudice, of their excessive force claims under the Fifth and Fourteenth Amendments in Plaintiffs' First Cause of Action in Plaintiffs' Complaint, filed on April 7, 2006.

3. Plaintiffs agree to the dismissal, with prejudice, of their alleged claims for violation of privacy under the Ninth Amendment in Plaintiffs' First Cause of Action in Plaintiffs' Complaint, filed on April 7, 2006.

4. Plaintiffs agree to the dismissal, with prejudice, of their Equal Protection claim under the Fourteenth Amendment in Plaintiffs' First Cause of Action in Plaintiffs' Complaint, filed on April 7, 2006.

5. Plaintiffs agree to the dismissal, with prejudice, of their state claim for negligent infliction of emotional distress in Plaintiffs' Sixth Cause of Action in Plaintiffs' Complaint, filed on April 7, 2006.

6. The parties agree that each party to bear their own fees and costs in relation to these dismissed claims and parties.

Respectfully submitted,

Dated: May 8, 2013       LAW OFFICES OF JOHN L. BURRIS

　　　　　　　　　　　　　LAW OFFICES OF GAYLA B. LIBET

　　　　　　　　　　　　　By:   /s/ Gayla B. Libet
　　　　　　　　　　　　　John L. Burris, Esq., DeWitt Lacy, Esq., Gayla B. Libet, Esq.
　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: May 8, 2013       MCNAMARA, NEY, BEATTY, SLATTERY,
　　　　　　　　　　　　　BORGES & AMBACHER LLP

　　　　　　　　　　　　　By:   /s/ Noah G. Blechman
　　　　　　　　　　　　　James V. Fitzgerald, III / Noah G. Blechman
　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　JASON POTTS, JEREMY PATZER and ERIC JENSEN

STIPULATION AND ORDER DISMSSING                 2
CLAIMS - 2:06-CV-01283-WBS-CMK

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, THE COURT ORDERS AS FOLLOWS:**

1. Plaintiffs' due process claims under the Fifth Amendment in Plaintiffs' First Cause of Action in Plaintiffs' Complaint, filed on April 7, 2006, are hereby DISMISSED WITH PREJUDICE.

2. Plaintiffs' excessive force claims under the Fifth and Fourteenth Amendments in Plaintiffs' First Cause of Action in Plaintiffs' Complaint, filed on April 7, 2006, are hereby DISMISSED WITH PREJUDICE.

3. Plaintiffs' claims for violation of privacy under the Ninth Amendment in Plaintiffs' First Cause of Action in Plaintiffs' Complaint, filed on April 7, 2006, are hereby DISMISSED WITH PREJUDICE.

4. Plaintiffs' claims for violation of Equal Protection under the Fourteenth Amendment in Plaintiffs' First Cause of Action in Plaintiffs' Complaint, filed on April 7, 2006, are hereby DISMISSED WITH PREJUDICE.

5. Plaintiffs' claims for negligent infliction of emotional distress in Plaintiffs' Sixth Cause of Action in Plaintiffs' Complaint, filed on April 7, 2006, are hereby DISMISSED WITH PREJUDICE.

6. Each party bears their own fees and costs in relation to these dismissed claims.

**IT IS SO ORDERED**

Dated: May 9, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE