JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants

JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY,, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; JASON POTTS, individually, and in his capacity as a Vallejo police officer; JEREMY PATZER, individually, and in his capacity as a Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a Vallejo police officer; and DOES 1 through 25, inclusive , <br><br> Defendants. | Case No. 2:06-CV-01283-WBS-CMK <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL CONFERENCE PENDING MEDIATOR'S PROPOSAL** <br><br> Judge:  Hon. William B. Schubb <br><br> Trial Date:    August 6, 2013 |

STIPULATION AND ORDER TO CONTINUE
PTC - 2:06-CV-01283-WBS-CMK

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. The parties attended a mediation with retired Magistrate Judge James Larson on May 21, 2013. Judge Larson is the process of issuing the parties a written mediator's proposal that the parties will be evaluating. The parties anticipate that further settlement discussions are necessary.

2. Lead trial counsel for the Plaintiffs is unavailable for all of next week, May 27th through May 31st, for a family celebration and Plaintiffs will not be in a position to respond to the mediator's proposal likely before the first week of June 2013.

3. The parties wish to continue to pre-trial conference for a brief period of time (two weeks) to allow the parties sufficient time to fully evaluate the mediator's proposal, without incurring the costs and fees for extensive pretrial preparation which would be moot if all parties accept the mediator's proposal. It would be an ineffective waste of party resources, and judicial time and resources, to undergo a Pre-Trial Conference and have the parties prepare all pre-trial documents per Court orders if the parties can reach a settlement.

4. Therefore, the parties seek the Court's approval to continue the Pre-Trial Conference, currently set for June 24, 2013, for two weeks to July 8, 2013, at the Court's convenience and availability, per the same requirements per Pretrial Orders of the court.

5. The trial date of August 6, 2013, will not be affected by this brief continuance.

6. The parties propose the following pre-trial schedule:

| Current Date | Proposed New Date |
|---|---|
| Pre-Trial Conference June 24, 2013 | July 8, 2013 |
| Trial August 6, 2013 | No change |

///

STIPULATION AND ORDER TO CONTINUE     2
PTC - 2:06-CV-01283-WBS-CMK

Respectfully submitted,

Dated: May 22, 2013			LAW OFFICES OF JOHN L. BURRIS

					LAW OFFICES OF GAYLA B. LIBET

					By:    /s/ Gayla B. Libet
					John L. Burris, Esq., DeWitt Lacy, Esq., Gayla B. Libet, Esq.
					Attorneys for Plaintiffs

Dated: May 22, 2013			MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

					By:    /s/ Noah G. Blechman
					James V. Fitzgerald, III / Noah G. Blechman
					Attorneys for Defendants
					JASON POTTS, JEREMY PATZER and ERIC JENSEN

## ORDER

**PURSUANT TO THE FOREGOING STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The Pre-Trial Conference, currently set for June 24, 2013, is continued to July 8, 2013 at 2:00 p.m., subject to the same filing deadlines and requirements per prior Pretrial Order in this case. The trial date of August 6, 2013 remains unchanged.

**IT IS SO ORDERED**

Dated: May 23, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE        3
PTC - 2:06-CV-01283-WBS-CMK