UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY, | NO. CIV. 2:06-01283 WBS CMK |
| Plaintiffs, | ORDER |
| v. | |
| CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; JASON POTTS, individually, and in his capacity as a Vallejo police officer; JEREMY PATZER, individually, and in his capacity as a Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a Vallejo police officer; and DOES 1 through 25, inclusive, | |
| Defendants. | |

----oo0oo---

On June 17, 2013, counsel for plaintiffs, John L. Burris and Gayla B. Libet, filed a motion to withdraw as counsel.

1

1  (Docket No. 88.)  The hearing on the motion was set for July 29,
2  2013.  Counsel has subsequently moved to have the motion heard on
3  June 24, 2013, to allow plaintiffs sufficient time to find new
4  counsel and prepare for trial, set for August 6, 2013 (Docket No.
5  89), and all parties have stipulated to have the motion heard on
6  June 24, 2013.  (Docket No. 90-1.)

7           IT THEREFORE ORDERED that the hearing on the motion to
8  withdraw as counsel is reset for June 24, 2013 at 2:00 p.m.
9  Plaintiffs Jason Eugene DeOcampo, Jesus Sebastian Grant, and
10 Jaquezs Tyree Berry, are hereby ORDERED to personally appear at
11 the hearing.
12 DATED:  June 20, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2