UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY,<br><br>            Plaintiffs,<br><br>       v.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; JASON POTTS, individually, and in his capacity as a Vallejo police officer; JEREMY PATZER, individually, and in his capacity as a Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a Vallejo police officer; and DOES 1 through 25, inclusive,<br><br>            Defendants.<br>_____/ | NO. CIV. 2:06-01283 WBS CMK<br><br>ORDER |

----oo0oo---

            This matter came on for hearing June 24, 2013 on the motion of counsel for plaintiffs Jason Eugene DeOcampo, Jesus

1

1 Sebastian Grant, and Jaquezs Tyree Berry to withdraw.  (Docket
2 No. 88.)  John Burris appeared as counsel for plaintiffs and Noah
3 Blechman appeared as counsel for defendants.  The court heard
4 from both sides and addressed plaintiffs regarding the motion.
5 For the reasons stated by the court at the hearing, IT IS HEREBY
6 ORDERED that plaintiffs' counsel's motion to withdraw be, and the
7 same hereby is, DENIED.

8 DATED:  June 24, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE