JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of  Police for the CITY OF VALLEJO; JASON POTTS, individually, and in his capacity as a Vallejo police officer; JEREMY PATZER, individually, and in his capacity as a Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a Vallejo police officer; and, DOES 1 through 25, inclusive, CITY AND COUNTY OF SAN FRANCISCO,  a municipal corporation;  et al.,<br><br>Defendants.<br>_____/ | Case No.  No. 2:06-CV-01283-WBS-GGH<br><br>**ORDER ISSUING WRIT OF HABEUS CORPUS AD TESTIFICANDUM TO ALLOW MAJOR NORTON, III TO TESTIFY AS WITNESS**<br><br>Trial Date: August 6, 2013<br>Time:           9:00 a.m.<br>Courtroom: 5, 14th floor<br>Judge:       William B. Shubb<br>               Senior United States District<br>               Court Judge |

PLAINTIFFS' WRIT OF HABEAS CORPUS AD TESTIFICANDUM

1

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA AND THE SACRAMENTO COUNTY SHERIFF:

You are hereby commanded to bring the body of Major Norton, III before the Honorable William B. Shubb, United States District Judge for the Eastern District of California, in Courtroom 5, 14th Floor of the Sacramento courthouse located at 501 I Street, Sacramento, CA 95814 beginning on August 7, 2013, through and including August 9 , 2013 at 9:00 a.m. each day, and at the termination of trial each day to return him to the Sacramento County Main Jail.

Dated: July 30, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE