JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
JASON POTTS, JEREMY PATZER, and ERIC JENSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY,, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; JASON POTTS, individually, and in his capacity as a Vallejo police officer; JEREMY PATZER, individually, and in his capacity as a Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a Vallejo police officer; and DOES 1 through 25, inclusive , <br><br> Defendants. | Case No. 2:06-CV-01283-WBS-CMK <br><br> **REQUEST TO APPEAR TELEPHONICALLY AND (PROPOSED) ORDER** <br><br> Date:  August 5, 2013 <br> Time:  2:00 P.M. <br> Dept:  Ctrm. 5, 14th Floor <br> Judge: Hon. William B. Shubb <br> Trial Date:   August 6, 2013 |

Please take notice that Noah G. Blechman of the McNamara Law firm would like to appear telephonically for Defendants, Potts, Patzer and Jensen at the Motion to Quash hearing in the above captioned matter.  Our office received notice of this Motion on July 31, 2013, scheduling the hearing for August 5, 2013 at 2:00 p.m.  Lead counsel is scheduled to attend a hearing, an Inquest into the death of a subject, and it will be difficult for us to appear in

REQUEST TO APPEAR TELEPHONICALLY
AND ORDER Case No. C-06-01283-WBS-CMK

Sacramento at 2:00 p.m. Therefore, we respectfully request to appear telephonically at this hearing. Mr. Blechman can be reached at 925-939-5330 for the hearing on August 5, 2013.

Dated: August 1, 2013                MCNAMARA, NEY, BEATTY, SLATTERY,
                                     BORGES & AMBACHER LLP


By:   /s/ Noah G. Blechman
      James V. Fitzgerald, III
      Noah G. Blechman
      Attorneys for Defendant
      JASON POTTS, JEREMY PATZER, and ERIC JENSEN


## ORDER

**PURSUANT TO THE FOREGOING, THE COURT ORDERS AS FOLLOWS:**

Good cause having been shown, Defendants' counsel, Noah G. Blechman, can appear telephonically for the Motion to Quash hearing on August 5, 2013 at 2:00 p.m. and can be reached at 925-939-5330. **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

**IT IS SO ORDERED**

Dated: August 2, 2013

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

REQUEST TO APPEAR TELEPHONICALLY          2
AND ORDER Case No. C06-01283-WBS-CMK