

**FILED**

AUG 23 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY,<br><br>  Plaintiffs,<br>v.<br><br>JASON POTTS, individually, and in his capacity as a Vallejo police officer; JEREMY PATZER, individually, and in his capacity as a Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a Vallejo police officer,<br><br>  Defendants. | Civ No. 2:06-01283 WBS CMK<br><br>**VERDICT FORM FOR JESUS GRANT** |

We, the jury, answer the following questions submitted to us as follows:

### Section 1: Federal Claim under § 1983

  1. Do you find that the following defendants unreasonably seized Jesus Grant by arresting him without probable cause?

      Jason Potts: _____ Yes __X__ No
      Jeremy Patzer: _____ Yes __X__ No

*Proceed to Question 2.*

2. Do you find that the following defendants unreasonably seized Jesus Grant by using excessive force against him during the course of the arrest?

Jason Potts: _____ Yes __X__ No
Jeremy Patzer: _____ Yes __X__ No

*Proceed to Question 3.*

3. Do you find that the following defendants violated Jesus Grant's First Amendment rights to freedom of speech and/or peaceful assembly?

Jason Potts: _____ Yes __X__ No
Jeremy Patzer: _____ Yes __X__ No

*Proceed to Question 4.*

## Section 2: State Law Claim - Intentional Infliction of Emotional Distress

4. Was the following defendants' conduct outrageous with respect to Jesus Grant?

Jason Potts: _____ Yes __X__ No
Jeremy Patzer: _____ Yes __X__ No

*If you answered yes as to any defendant in Question 4, proceed to Question 5. If you answered no as to all defendants in Question 4, proceed to Question 8.*

5. Did the following defendants intend to cause Jesus Grant emotional distress or act with reckless disregard of the probability that Jesus Grant would suffer emotional distress? If you answered no as to a particular defendant in Question 4, do not answer this question with respect to that defendant.

Jason Potts: _____ Yes _____ No
Jeremy Patzer: _____ Yes _____ No

*If you answered yes as to any defendant in Question 5, proceed to Question 6. If you answered no and/or did not answer as to all defendants, proceed to Question 8.*

6. Did Jesus Grant suffer severe emotional distress?

_____ Yes _____ No

*If you answered yes in Question 6, proceed to Question 7. If you answered no, proceed to Question 8.*

2

7. Was the following defendants' conduct a substantial factor in causing Jesus Grant's severe emotional distress? If you answered no or did not answer as to a particular defendant in Question 5, do not answer this question with respect to that defendant.

Jason Potts: _____ Yes _____ No
Jeremy Patzer: _____ Yes _____ No

*Proceed to Question 8.*

## Section 3: State Law Claim - California Civil Code section 52.1

8. Did the following defendants act violently against Jesus Grant?

Jason Potts: _____ Yes __X__ No
Jeremy Patzer: __X__ Yes _____ No

*If you answered yes as to any defendant in Question 8, proceed to Question 9. If you answered no as to all defendants in Question 8, proceed to Section 4: Damages.*

9. Did the following defendants commit these acts of violence to prevent Jesus Grant from exercising his right to be free from unreasonable seizure under the Fourth Amendment? If you answered no as to a particular defendant in Question 8, do not answer this question with respect to that defendant.

Jason Potts: _____ Yes _____ No
Jeremy Patzer: _____ Yes __X__ No

*Proceed to Question 10.*

10. Did the following defendants commit these acts of violence to prevent Jesus Grant from exercising his right to free speech and/or peaceful assembly under the First Amendment? If you answered no as to a particular defendant in Question 8, do not answer this question with respect to that defendant.

Jason Potts: _____ Yes _____ No
Jeremy Patzer: _____ Yes __X__ No

*If you answered yes as to any defendant in Question 9 or Question 10, proceed to Question 11. If you answered no and/or did not answer as to all defendants in Question 9 and Question 10, proceed to Section 4: Damages.*

3

11. Was the following defendants' conduct a substantial factor in causing harm to Jesus Grant? If you answered no and/or did not answer as to a particular defendant in Question 9 <u>and</u> Question 10, do not answer this question with respect to that defendant.

Jason Potts: _____ Yes _____ No
Jeremy Patzer: _____ Yes _____ No

*Proceed to Section 4: Damages.*

## Section 4: Damages

*If you answered yes as to any defendant in Question 1, Question 2, Question 3, Question 7, or Question 11, proceed to Question 12. If you answered no and/or did not answer as to <u>all</u> defendants in Question 1, Question 2, Question 3, Question 7, <u>and</u> Question 11, answer no further questions and have the foreperson sign and date the verdict form.*

12. What compensatory damages, if any, do you find were caused by the defendant or defendants' actions toward Jesus Grant?

$_____

*If you answered yes as to any defendant in Question 1, Question 2, or Question 3 and answered a number greater than $1 to Question 12, proceed to Question 14. If you answered yes as to any defendant in Question 1, Question 2, or Question 3 and answered $0 to Question 12, proceed to Question 13. If you answered no as to all defendants in Question 1, Question 2, <u>and</u> Question 3, proceed to Question 16.*

13. Because you answered yes to Question 1, Question 2, and/or Question 3, but found no compensatory damages under Question 12, Jesus Grant is entitled to an award of nominal damages, which cannot exceed $1.00. What award of nominal damages do you find Jesus Grant should receive based on the deprivation of his Fourth Amendment and/or First Amendment rights?

$_____

*Proceed to Question 14.*

14. Do you find that the following defendants' deprivation of Jesus Grant's Fourth Amendment and/or First Amendment rights was malicious, oppressive, or in reckless disregard of his constitutional rights under federal law? If you answered no as to a particular defendant in Question 1, Question 2, <u>and</u> Question 3, do not answer this question with respect to that defendant.

Jason Potts: _____ Yes _____ No
Jeremy Patzer: _____ Yes _____ No

4

*If you answered yes as to any defendant in Question 14, proceed to Question 15. If you answered no and/or did not answer as to all defendants in Question 14, proceed to Question 16.*

    15. What amount of punitive damages, if any, do you award Jesus Grant based on the defendant's or defendants' deprivation of his Fourth Amendment and/or First Amendment right under federal law? If you answered no or did not answer as to a particular defendant in Question 14, do not answer this question with respect to that defendant.

    Jason Potts:     $_____
    Jeremy Patzer: $_____

*Proceed to Question 16.*

    16. Do you find that the following defendants committed the intentional infliction of emotional distress against Jesus Grant with malice, oppression, or fraud under California state law? If you answered no or did not answer as to a particular defendant in Question 7, do not answer this question with respect to that defendant. If you answered no or did not answer as to <u>all</u> defendants in Question 7, do not answer this question and proceed to Question 18.

    Jason Potts:     _____ Yes _____ No
    Jeremy Patzer: _____ Yes _____ No

*If you answered yes as to any defendant in Question 16, proceed to Question 17. If you answered no and/or did not answer as to all defendants in Question 16, proceed to Question 18.*

    17. What amount of punitive damages, if any, do you award to Jesus Grant based on the defendant's or defendants' intentional infliction of emotional distress under California state law? If you answered no or did not answer as to a particular defendant in Question 16, do not answer this question with respect to that defendant.

    Jason Potts:     $_____
    Jeremy Patzer: $_____

*Proceed to Question 18.*

    18. Do you find that the following defendants interfered with Jesus Grant's constitutional rights in violation of California Civil Code section 52.1 with malice, oppression, or fraud under California state law? If you answered no or did not answer as to a particular defendant in Question 11, do not answer this question with respect to that defendant. If you answered no or did not answer as to <u>all</u> defendants in Question 11, do not answer any further questions and have the foreperson sign and date the verdict form.

    Jason Potts:     _____ Yes _____ No

5

Jeremy Patzer: _____ Yes _____ No

*If you answered yes as to any defendant in Question 18, proceed to Question 19. If you answered no and/or did not answer as to all defendants in Question 18, answer no further questions and have the foreperson sign and date the verdict form.*

19. What amount of punitive damages, if any, do you award to Jesus Grant based on the defendant's or defendants' interference with his constitutional rights in violation of California Civil Code section 52.1 under California state law? If you answered no or did not answer as to a particular defendant in Question 18, do not answer this question with respect to that defendant.

Jason Potts:    $_____
Jeremy Patzer: $_____

*You have completed the verdict form. Have the foreperson sign and date the verdict form.*

Dated: 8/23/2013         _____Cinthia L. Kangas_____
                          Foreperson

6