

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY,<br><br>    Plaintiffs,<br>v.<br><br>JASON POTTS, individually, and in his capacity as a Vallejo police officer; JEREMY PATZER, individually, and in his capacity as a Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a Vallejo police officer,<br><br>    Defendants. | Civ No. 2:06-01283 WBS CMK<br><br>**VERDICT FORM FOR JAQUEZS BERRY** |

We, the jury, answer the following questions submitted to us as follows:

### Section 1: Federal Claim under § 1983

1. Do you find that the following defendants unreasonably seized Jaquezs Berry by using excessive force against him during the course of the arrest?

    Jason Potts:    _____ Yes  __X__ No
    Jeremy Patzer:  _____ Yes  __X__ No

*Proceed to Question 2.*

## Section 2: State Law Claim - California Civil Code section 52.1

2. Did the following defendants act violently against Jaquezs Berry?

Jason Potts: _____ Yes __X__ No
Jeremy Patzer: __X__ Yes _____ No

*If you answered yes as to any defendant in Question 2, proceed to Question 3. If you answered no as to all defendants in Question 2, proceed to Section 3: Damages.*

3. Did the following defendants commit these acts of violence to prevent Jaquezs Berry from exercising his right to be free from unreasonable seizure under the Fourth Amendment? If you answered no as to a particular defendant in Question 2, do not answer this question with respect to that defendant.

Jason Potts: _____ Yes _____ No
Jeremy Patzer: _____ Yes __X__ No

*If you answered yes as to any defendant in Question 3, proceed to Question 4. If you answered no and/or did not answer as to all defendants in Question 3, proceed to Section 3: Damages.*

4. Was the following defendants' conduct a substantial factor in causing harm to Jaquezs Berry? If you answered no and/or did not answer as to a particular defendant in Question 3, do not answer this question with respect to that defendant.

Jason Potts: _____ Yes _____ No
Jeremy Patzer: _____ Yes _____ No

*Proceed to Section 3: Damages.*

## Section 3: Damages

*If you answered yes as to any defendant in Question 1 or Question 4, proceed to Question 5. If you answered no and/or did not answer as to all defendants in both Question 1 and Question 4, answer no further questions and have the foreperson sign and date the verdict form.*

5. What compensatory damages, if any, do you find were caused by the defendant's or defendants' actions toward Jaquezs Berry?

$_____

*If you answered yes as to any defendant in Question 1 and answered a number greater than $1 to Question 5, proceed to Question 7. If you answered yes as to any defendant in Question 1 and*

2

*answered $0 to Question 5, proceed to Question 6. If you answered no as to all defendants in Question 1, proceed to Question 9.*

6. Because you answered yes to Question 1, but found no compensatory damages under Question 5, Jaquezs Berry is entitled to an award of nominal damages, which cannot exceed $1.00. What award of nominal damages do you find Jaquezs Berry should receive based on the deprivation of his Fourth Amendment right?

$ _____

*Proceed to Question 7.*

7. Do you find that the following defendants' deprivation of Jaquezs Berry's Fourth Amendment right was malicious, oppressive, or in reckless disregard of his constitutional right under federal law? If you answered no as to a particular defendant in Question 1, do not answer this question with respect to that defendant.

Jason Potts: _____ Yes _____ No
Jeremy Patzer: _____ Yes _____ No

*If you answered yes as to any defendant in Question 7, proceed to Question 8. If you answered no and/or did not answer as to all defendants in Question 7, proceed to Question 9.*

8. What amount of punitive damages, if any, do you award Jaquezs Berry based on the defendant's or defendants' deprivation of his Fourth Amendment right under federal law? If you answered no or did not answer as to a particular defendant in Question 7, do not answer this question with respect to that defendant.

Jason Potts:   $ _____
Jeremy Patzer: $ _____

*If you answered no and/or did not answer as to all defendants in Question 4, answer no further questions and have the foreperson sign and date the verdict form. If you answered yes as to any defendant in Question 4, proceed to Question 9.*

9. Do you find that the following defendants interfered with Jaquezs Berry's constitutional rights in violation of California Civil Code section 52.1 with malice, oppression, or fraud under California state law? If you answered no or did not answer as to a particular defendant in Question 4, do not answer this question with respect to that defendant.

Jason Potts: _____ Yes _____ No
Jeremy Patzer: _____ Yes _____ No

*If you answered yes as to any defendant in Question 9, proceed to Question 10. If you answered no and/or did not answer as to all defendants in Question 9, answer no further questions and have the foreperson sign and date the verdict form.*

     13. What amount of punitive damages, if any, do you award to Jaquezs Berry based on the defendant's or defendants' interference with his constitutional rights in violation of California Civil Code section 52.1 under California state law? If you answered no or did not answer as to a particular defendant in Question 9, do not answer this question with respect to that defendant.

    Jason Potts:   $_____
    Jeremy Patzer: $_____

*You have completed the verdict form. Have the foreperson sign and date the verdict form.*

Dated: 8/23/2013                                       *Cinthia L Kangas*
                                                       Foreperson