# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JASON DEOCAMPO, ET AL.,**

v.

CASE NO: **2:06–CV–01283–WBS–CMK**

**JASON POTTS, ET AL.,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues
have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

　　**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE
　　JURY VERDICT RENDERED 8/23/13**

**Marianne Matherly**
Clerk of Court

ENTERED:  **August 23, 2013**

by: /s/ R. Becknal
Deputy Clerk