JOHN L. BURRIS, Esq., (SBN 69888)
DeWITT M. LACY, Esq., (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

GAYLA B. LIBET, Esq. (SBN 109173)
**LAW OFFICE OF GAYLA B. LIBET**
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324

Attorneys for Plaintiffs

JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
**McNamara, Ney, Beatty, Slattery,**
**Borges & Ambacher LLP**
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
JASON POTTS, JEREMY PATZER and ERIC JENSEN

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY, <br><br> Plaintiffs, <br><br> vs. <br><br> JASON POTTS, individually, and in his capacity as a Vallejo police officer; JEREMY PATZER, individually, and in his capacity as a Vallejo police officer; ERIC JENSEN, individually, and in his capacity as a Vallejo police officer <br><br> Defendants. | Case No.:  2:06-CV-01283-WBS-CMK <br><br> **STIPULATION CONTINUNING ATTORNEYS' FEES MOTION AND HEARING** <br><br><br> Trial date:  August 26, 2013 <br><br> Department 5 <br><br><br> Honorable William B. Schubb |

STIPULATION AND (PROPOSED) ORDER
CONTINUING FILING DATE AND HEARING ON
ATTTORNEYS' FEES MOTION
CASE NO.  2:06-CV-01283-WBS-CMK

1

**STIPULATION**

The parties to the above-entitled action hereby stipulate to the following:

WHEREAS the parties have agreed to enlarge the time for the parties' to file their respective motions for attorneys' fees from September 6, 2013, until November 6, 2013.

WHEREAS the parties have agreed to enlarge the time to file an opposition and/or reply brief to any motion for attorneys' fees.  Oppositions to any motion for attorneys' fees shall be filed no later than December 6, 2013.  Reply brief's for any motion for attorneys' fees will be filed no later than December 20, 2013.

WHEREAS the parties have agreed to continue the hearing for any motion for attorneys' fees until January 27, 2014, or another date soon thereafter that is convenient for the Court and the parties.

WHEREAS the Plaintiffs have agreed to suspend execution of any judgment in this matter until after any hearing for a motion to award attorneys' fees and any determination as to whether any judgment will be subject to a reduction due to the City of Vallejo's bankruptcy status.

WHEREAS good cause for the proposed modification of the Court's post-trial motions schedule is based on the continuing accrual of attorneys' fees incurred in the course of litigating and arguing post-trial motions, as may be dependent on the outcome of any post-trial motions, avoiding duplication of efforts in filing multiple attorney fee applications, and any appeals that may arise from the disposition of post-trial motions.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated:  September 6, 2013                     _____/s/___DeWitt M. Lacy_____
                                              DeWitt M. Lacy
                                              Attorney for Plaintiffs


Dated:  September 6, 2013                     _____/s/___Noah Blechman_____
                                              Noah Blechman
                                              Attorney for Defendants

STIPULATION AND (PROPOSED) ORDER
CONTINUING FILING DATE AND HEARING ON
ATTTORNEYS' FEES MOTION
CASE NO.  2:06-CV-01283-WBS-CMK

2

**ORDER**

Pursuant to the Parties' Stipulation, good cause shown, the Court hereby orders that the time for Plaintiffs to file a motion for attorneys' fees, and any hearing on the attorneys' fees motion is hereby continued.   Any motion for attorneys' fees filed by Plaintiffs shall be filed and heard consistent with the briefing schedule noted in the stipulation of the parties.  The hearing on any such motion is set for  February 10, 2014, 2014, at 2:00 p.m. with Judge Shubb.

IT IS SO ORDERED

Dated:  September 11, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND (PROPOSED) ORDER
CONTINUING FILING DATE AND HEARING ON
ATTTORNEYS' FEES MOTION
CASE NO.  2:06-CV-01283-WBS-CMK

3