JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone (510) 839-5200
Facsimile: (510) 839-3882
E-mail: john.burris@johnburrislaw.com

GAYLA B. LIBET, ESQ. (STATE BAR NO. 109173)
LAW OFFICES OF GAYLA B. LIBET
486 41ST Street, #3
Oakland, CA 94609
Telephone & Facsimile: (510) 420-0324

PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile:  (510) 452-5625
E-mail: pamela.price@pypesq.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VALLEJO, a municipal corporation, ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; et al.<br><br>    Defendant. | No. 2:06-CV-01283-WBS-CMK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ATTORNEYS' FEES MOTION**<br><br>DATE:    February 10, 2014<br><br>HON. WILLIAM B. SHUBB |

2118P218PYP

1

STIPULATION AND [PROPOSED] ORDER (2:06-CV-01283-WBS-CMK)

The parties to the above-entitled action hereby stipulate to continue the Attorneys' Fees Motion from Monday, February 10, 2014 to Monday, February 24, 2014 at 2:00 p.m. Good cause exists for this stipulation due to Plaintiffs' counsel's unavailability on that date.

Dated: January 28, 2014    PRICE AND ASSOCIATES

                                                     /s/ Pamela Y. Price
                                                   PAMELA Y. PRICE, Attorneys for Plaintiffs

Dated: January 28, 2014    McNamara, Ney, Beatty, Slattery, Borges, Ambacher LLP

                                                   /s/ Noah G. Blechman
                                                   NOAH G. BLECHMAN, Attorneys for Defendants

**ORDER**

The Court having read and considered the Stipulation and [Proposed] Order to Continue the Attorneys' Fees Motion, and good cause appearing therefore, hereby orders that the Attorneys' Fees Motion shall be and hereby is continued to February 24, 2014 at 2:00 p.m.

**IT IS SO ORDERED**

Dated:  January 29, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER (2:06-CV-01283-WBS-CMK)