UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JASON EUGENE DEOCAMPO; JESUS SEBASTIAN GRANT; and JAQUEZS TYREE BERRY,<br><br>    Plaintiffs,<br><br>  v.<br><br>JASON POTTS, individually and in his capacity as a Vallejo police officer; JEREMY PATZER, individually and in his capacity as a Vallejo police officer; ERIC JENSEN, individually and in his capacity as a Vallejo police officer; and DOES 1 through 25, inclusive,<br><br>    Defendants. | CIV. NO. 2:06-1283 WBS CMK |

----oo0oo----

ORDER SETTING STATUS CONFERENCE

    The court is in receipt of the Ninth Circuit's November 10, 2016 order granting plaintiff Jason Deocampo's unopposed

1

1  motion to transfer consideration of attorney's fees on appeal to
2  this court.  The Court hereby orders a Status Conference set for
3  Monday, December 19, 2016 at 1:30 p.m. in Courtroom 5.  No later
4  than December 12, 2016, the parties shall meet and confer and
5  submit a Joint Status Report.  The Joint Status Report shall set
6  forth the status of the request for attorney's fees, including
7  proposed deadlines for the filing of any related motion.  The
8  Joint Status Report shall also address any other issues that the
9  parties think need to be addressed at the December 19, 2016
10 Status Conference.
11         IT IS SO ORDERED.
12  Dated: November 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE